Pierse   169 2043
         169 2044   1776 723
help →   173 8739   2420562

United States Courts
Southern District of Texas
FILED

MAR 03 2023

Nathan Ochsner, Clerk of Court

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 04/2021)

1789 77345 9871   IN THE UNITED STATES DISTRICT COURT
shELL              FOR THE _____ DISTRICT OF TEXAS   second
                                    DIVISION See the   psalm
                                                       coming

Robert NOBLE SHELL II et al
Plaintiff's Name and ID Number   BRANCH from ZION

                                                        court clerk
Harris County Jail complex                    please assign new Judge
Place of Confinement                                          if new
                                   CASE NO. 422 3160
                                   (Clerk will assign the number) Case
         Amendment of Complaint    reassignment                number
v.       or new filing

Harris County Sheriffs office    Sheriff ED GONZALEZ
Defendant's Name and Address     1200 Baker Str. 77002

Judge TEIVA BELL   339th District Court   1201 Franklin
Defendant's Name and Address              Houston, Texas 77002
                                                           77002

Harris County District Attorney   1201 Franklin 77002
Defendant's Name and Address
(DO NOT USE "ET AL.")   Harris County Public Defenders

INSTRUCTIONS - READ CAREFULLY   Federal

NOTICE:   Habeas Corpus          Rule 60(b)
                                 pleaders Intercession
Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00.**

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES __ NO

www.njem.gov efiling system

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

Judicial Committee on Information and Technology Supreme Court 17-9013

1. Approximate date of filing lawsuit: 9/11/2022
2. Parties to previous lawsuit:
   Plaintiff(s) Shell Robert 0/002143
   Defendant(s) Sheriff Ed Gonzalez
3. Court: (If federal, name the district; if state, name the county.) Harris County
4. Cause number: 422 3160
5. Name of judge to whom case was assigned: Honorable George Hawks
6. Disposition: (Was the case dismissed, appealed, still pending?) APPEAL
7. Approximate date of disposition: onlong

II. PLACE OF PRESENT CONFINEMENT: Harris County Jail 1200 Baker Str cell 3F1 77002

Seven (7) months of unexplained detention 2 Need ministerial remedy current Covid stigma or prejudice disabling

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Qualified individual with A Disability et al Shell Robert 01002143 1200 Baker Str. Houston, Texas

Criminal Association § 7.22

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

No access to U.S.P.S. personnel six months No symposium

Defendant #1: Sheriff Ed Gonzalez
1200 Baker Str. Houston, Texas 77002

circulatory system damage Ten to fifteen years of damage

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
No access to Law library / denied medical treatment

impeded on my order of medical pro se forgery implied v California 8th + 14th Amendment Harris 9/2021

Defendant #2: Judge Te'iva Bell 339th District Ct
1201 Franklin Str, Houston Texas 77002

(Show good cause for delay)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Deliberate indifference / prejudice 8th Amendment violation

Defendant #3: Harris County Public Defenders Office
Harris Wood, Sherra Miller and Feroz Merchant

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Ineffective counsel quarter of yearly time with cases Burned out lawyers

Defendant #4: Harris County District Clerk
201 Caroline #420 Houston, Texas 77002

(2015 Received 14 years unanswered electronic inquiries Mail)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Has failed in access to Courts / Habeas Corpus Mail

Defendant #5: Please Amend 4:22-3160
Judge Raul Rodriguez 1201 Franklin

court @ law # 13

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Over 1 1/2 year absence from his eight (8) year old daughter. Restrained in my life, liberty and property See Texas Constitution Bill of Rights

V. STATEMENT OF CLAIM:

requirement to Accommodate the Disabled

Title II American Disabilities Act NO ACCESS TO the ELECTRONIC FILE MANAGER Malicious prosecution Please allow disabled access to legal facilities / law library Courts and Qualified Individual with Disability (Tennessee v Lane 541)

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Two and a half years delay. Have cases from 2020 courts shut down during Covid has caused me to become entangled in the constitutional doldrum between the various branches of the Harris County criminal justice network. Requesting funds from Social Security Administration staff case management. Need appointment of child psychologist. Need access to medical experts. Disability Insurance Management / psychiatrist / No Access to Medicare / Medical Ward of federal government Social Security Disability Insurance / no access systematic Disability / disabled person both physical and mental disability

VI. RELIEF: Recusal / Disqualification, Texas need restraining order Harris County for Teiva C. De la Bell

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Seized my liberty reset scam 339th order Raul Rodriguez Mandamus relief order TEIVA BELL to rule on 15 + Motions / General order Bond ministerial due Rules of Judicial Administration Rule 7 (2) diligence (4) Administrative Responsibility

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases. on Morrison Shell Robert Noble 01002143, Robert Shell

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

_____

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?    ___YES  ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?    ___YES ___NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: 2/27/2023
            DATE

See: motions filed
in cases 1692043
             1692044
             1692043
             1767023
             1776723

(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __27th__ day of __February__, 20 __23__.
            (Day)              (month)              (year)

_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name Skell Robert
SPN 02002143  Cell 3F1
Street 1200 Baker St
HOUSTON, TEXAS 77002

**Keefe Commissary Network**

**INDIGENT**

Legal Mail

77002-260099

NORTH HOUSTON TX
2 MAR 2023 PM 3

US POSTAGE by PITNEY BOWES
ZIP 77002 $ 000.60⁰
02 4W
0000368784 MAR. 02. 2023

United States Courts
Southern District of Texas
FILED
MAR 03 2023
Nathan Ochsner, Clerk of Court

United States Courthouse
515 Rusk
Houston Tx 77002