United States District Court
Southern District of Texas
**ENTERED**
July 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT NOBLE SHELL, SPN #01002143 | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. H-23-857 |
| ED GONZALEZ, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

Plaintiff Robert Noble Shell filed a civil-rights complaint under 42 U.S.C. § 1983 while detained at the Harris County Jail. A review of public records show that Shell is no longer in custody at the jail. Shell has not provided the court with a change of address, as required by Rule 83.4 of the Local Rules for the Southern District of Texas. Under that rule, a self-represented litigant is responsible for keeping the Clerk advised in writing of his current address. Further, in its order dated May 16, 2023, the court told Shell he must notify the court of any change of address by filing a written notice of change of address with the Clerk and that the failure to file such notice may result in this case being dismissed for want of prosecution under Federal Rule of Civil Procedure 41(b). (*See* Docket Entry No. 9). Shell has failed to provide the court with an accurate, current address.

Under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is appropriate based on Shell's failure to provide an updated address in compliance with Local Rule 83.4 and this court's May 16, 2023, order. Fed. R. Civ. P. 41(b); *Gates v. Strain*, 885 F.3d 874, 883 (5th Cir. 2018) (explaining that a district court may dismiss an action *sua sponte* for failure to prosecute); *Nottingham v. Warden,*

*Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (explaining that a district court may dismiss an action *sua sponte* for failure to comply with court orders). Shell is advised, however, that upon a proper showing of good cause for his failure to comply with the local rules and this court's order, relief from this order may be granted in accordance with Rule 60(b) of the Federal Rules of Civil Procedure.

This case is dismissed without prejudice. Any pending motions are denied as moot.

SIGNED on July 17, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge